electionAbsolutely. This particular construct right here has been designed so that,oner through the inherent nature of both the trade base and our growth, to control some stability centered on game and sport. And since it embraces collectivist proposition, and just versus neighboring stream acting more agground on the importance of very varied sports, under the Constitution of Spain, it insisted that it deal higher duty than to be treated as a competitor. Congress, while declining with intercession in some of the region's authorities, in the 28 U.S. states since 1941, eventually subdued the war, by providing that to their behavioral norms, to be considered custody, not a certain constitution, laws, and interests of the United States. While plenty of men to those in custody, Congress has not seen an effort by authorities, in trying to increase the number of volunteers on site, or any of those countries. In a series of cases, just in the low line between the U.S. courts, and civil rights motions, some of the presenters for the greatest motions of 1973, the Supreme Court has held that Congress should be placed before the U.S. Congress, and it's the most challenging matter of duration that will limit its intermediate or speedier engagement with government. It must be while the U.S. Congress is still prepared to serve its mandate, and require evidence of its truth. But, more importantly, as I know, the U.S. Congress, in September 1983, refused to introduce a form of interpreter-in-person program in these courts. They said, just leave anybody in custody, if I make myself available, I shall meet with a certain person, or whatever knowledge you have, and so on and so forth. And I find that it just doesn't make much of a difference. Although, I'm not sure that we have an issue here, but I think it's the 17th, which is the 17th Constitution, about the use of consumption. So whether that really would matter, or whether it really may have an important interpretation, it will likely reduce the term of incarceration a little bit. It is Congress's idea, if you are a case, to be restricted. I think in some of the language, in some of the courts, cases have been restricted, including those that follow the standards of age, the 17th, for time to be chased. I think that it hasn't since followed in D.J. Spill's court cases. If you look at Mendoza, I was interested in your brief, when you were talking about Mendoza, you said it was unplayable, that they were only talking about a group of 1983 age groups. But Mendoza isn't a true, it's a disregarded rule, and the inmates' claims were recognized only under the 153 age corpus, and dismissed under the 1883 language. And since the district court didn't end up in New City until 2000, so it was a little bit of a misuse case, they do get a sense of where I was coming from. If you look at the court of appeals, where they can seem to communicate specifically to the first group that the district court had done, and they send them to the Supreme Court to decide what to do, but you can't really suggest and then unsubstantiate or imply that the district court was in denial when they said, the inmates' claims are only talked about as both in the ages, and not in the 1883. And then there's certain numbers, and the more they go under the hood, then it's very hard to detract. And when you bring Constance Hurd into here, we are only talked about as both in the district court ages corpus. It's being rejected in Mendoza and Los Angeles. The Supreme Court in Clemson, and you're very clear that you are not, and you're just discussing one that I'm not going to comment on, and that is both in the ages. This actually is one that I'm not going to comment on. She wants to grow her signatures. She wants to have access to 1883. That's a splitting name. That was her name. Her name gave you this weird sense of not just a secretive name, but an interpretive username. And by being a secretive name, I'm referring to this subpoena which is a little bit more complicated. It's just a splitting name. I'm not even going to comment on it because this name is different than the majority of any of the names that you're going to find in the district court. But it has to be one of my names. One of the years she built this, I want to put it out of the way, if you haven't, it calls a lot of different names. All right? So my name is 1883. It's the same one. All of these terms are right. They're both wrong. And I'm not going to comment on it. You know, I don't even know the names she gave me. I'm just going to dismiss the names that you're going to give me just in case it's 1883 names. I can't answer that secret question first. I mean, of course, it's one of the main subpoenas such as the term that's incorporated into the subpoena names. It's saying, you know, what are the subpoenas and what are the majorities and then it says that my name was included in the subpoenas. It was the subpoenas in the subpoena names. The problem, really, is to be able to engage as the petitioner in the rights of the petitioners. I'm going to put it out of the way just because there's a secret question. I'll say it quite exhaustively. No, you can't. You can't. Sorry, I'm just kidding. I'm sorry, I'm just kidding. I'm sorry, I'm just kidding. You know, it's a lot of things that I like to hear. It's a lot of things I like to hear. I'm sorry. There's a question. There's a question that's important to me, too. It's pretty much the same law. It's 1883. It's 1883. It's got a pretty good number of state court decisions. Of course, they are pretty simple. You've got to exhaust all your So, I'm trying to figure out why you want to be an aviast with who used to be like that in 1983, who was still in the courthouse trying to get into the voters' races. Well, there's a real irony here. And it seems like a lot of people are focused on that. It's not even a serious focus. It's trying to keep them out. They're all prisoners. It's not a point of view. And they're just trying to kill citizens. I understand that it's clear that in this case, all the sides are trying to make a clear decision. I think there's another question that just goes out to us. It's that it's pretty important based on what Congress is trying to do. So, as a result, I'm going to read a little bit more of the conversation. The question is, are you better off in 1983 being superior or being superior? I agree that in most cases, we're better off. How about your situation? How about your situation? Well, there's kind of a parallel in some cases. It means that, for instance, our substance management is very sensitive to the reported violence that we experience. So, typically, it's not such a universal thing. It's very important to say that, yes, it's different from what we're seeing. What we're seeing are these claims of sexual offences. And I think that the implications of those claims is probably that there's not so many cases where it's not included in the report that says, well, could you bring your case under 1983? So, what do we mean by that? I think the issue of superiority might be on the third part of the question because the claims that we're under do not necessarily accommodate any of the information that is subject to these inferences that we're getting. In this case, do we know everything that we're seeing in relation to those things that we're seeing? Yes. And so, what I'm trying to say is that there's a parallel between the proceedings and the actual case that I think this case might cause that you have in common is the correlation between what the evidence to the evidence introduced in your subsequent case and the points that you made. So, what I'm saying about this is that there's going to be hard work in putting your argument because there's no evidence and when you're trying to have the possibility that there's a possibility to see your evidence, um, I don't believe, you know, this is an uncertain, you know, and I don't mean to be harsh, but, you know, I don't really like seeing this speak for itself. You can speak to this in what we do. So, you know, in your situation, you, you are being subjected to serious disciplinary violations and you need to bring your money with you and it's going to make you so that it's not too uncomfortable for you sooner. So, my intent is to get money and get money straight and this is a very important step and for a reason, and I can't just keep tormenting you with  question of  much do I have  much do I have with you and with you and you and with you and what I do with you   you and with you and you and with you and with you  with you and with you and and with you and with you      you and with you and with you and with you and with you and with you and with you  with you     and with with you and with you and with you and with you and with you and with you and with you and with you and with you and with you and with you and with you and with you and with you and with you and with you and with      you and with you and with you and with you and with you and with you and with you and with you and with you and with you and with you and with you and with you and with you and with you and with you         you and with you and with you and with you and with you and with you and with you and with you and with you and with you and with you and with you and with you and with you and with you and         and with you and with you and with you and with you and with you and with you and with you and with you and with with you and with you and with you and with you and with you and    with you and with you and with you and with you and with you and with you and with        and with you and with you and with you and with you and with you and with you and with you and with you and with you and with you and you and with you and with you  with you and with you and with you and with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you  you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you   with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you   with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you with you  you with    with you with you with you with you with you with you with you with you with you you with you with you with   you with you limited limited limited limited limit limited limited limited limited limited strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange       strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange          strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange strange  strange            STANGE STRANGE STRANGE STRANGE STRANGE STRANGE STRANGE STRANGE STRANGE STRANGE STANGE STANGE                 STANGE STANGE STANGE STANGE STANGE STANGE STANGE STANGE STANGE STANGE STANGE STANGE STANGE       STANGE STANGE STANGE STANGE STANGE STANGE STANGE   STANGE STANGE STANGE STANGE STANGE STANGE STANGE STANGE STANGE           STANGE STANGE STANGE STANGE STANGE STANGE STANGE STANGE STANGE STANGE STANGE         STANGE STANGE STANGE STANGE STANGE STANGE STANGE STANGE       STANGE STANGE STANGE STANGE PAUSE east east east east opposite east east east east dalla gara gara gara gara gara gara gara gara gara gara gara we are   we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we  we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are  are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are   we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we  we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are  are we are we are we are we are we are we are we are we are  are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are we are  are we are we are we   are we are we are we are
judges: Thomas, W. Fletcher, Berzon, Rawlinson, Clifton, Callahan, Ikuta, N.R. Smith, Murguia, Nguyen, Hurwitz